UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA ex rel.
LUIS MUNOZ,

        Plaintiff

-against-

RAYMOND LESKO,

        Defendant.

**ORDER**

No. 23-CV-08031 (PMH)

IT IS HEREBY ORDERED that, pursuant to the Court's October 24, 2023 Order, the relator's *qui tam* complaint in this action, the Court's October 24th Order, and the Government's Notice of Election to Decline Intervention shall be UNSEALED, and it is further

ORDERED that, upon the unsealing of the complaint, the seal shall be lifted as to all matters occurring in this action subsequent thereto, and it is further

ORDERED that, in the event that the relator has not moved to dismiss this action, service upon the defendant by the relator is authorized as of the date of this Order, and it is further

ORDERED that, the Government shall serve a copy of this Order upon the relator.

SO-ORDERED:

Dated: White Plains, New York
      November 28, 2023

_____
Philip M. Halpern
United States District Judge