**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, ex rel. )
Luis Munoz                        )
                                  )       Case No. **23 CV 08031**
              Plaintiff           )
                                  )       EXPARTE MOTION TO FILE
                                  )       COMPLAINT UNDER SEAL
        vs.                       )
                                  )       **JUDGE PHILIP M. HALPERN**
                                  )
                                  )       FILED IN CAMERA AND UNDER SEAL
Raymond Lesko a/k/a Raymond J. Lesko )   PURSUANT TO 31 U.S.C. §3730(b)(2)
a/k/a Raymond J. Lesko Jr.        )
                                  )       SEP 11 2023
              Defendant           )
                                  )       WP
                                          S.D. OF N.Y.

## PLAINTIFF-RELATOR'S *EX PARTE* MOTION TO FILE COMPLAINT UNDER SEAL

Pursuant to the mandatory requirements of the False Claims Act, 31 U.S.C. §3730(b)(2),

Plaintiff-Relator Luis Munoz (hereinafter "Relator") files this *Ex Parte* Motion to file the

Complaint (and civil cover sheet) in this action under seal.

The Complaint in this qui tam action asserts violation of the False Claims Act ("FCA")

31 U.S.C. §3729 et seq. The FCA mandates that the Complaint be filed under seal. 31 U.S.C.

§3730(b)(2). That section of the statute provides:" the complaint shall be filed in camera, shall

remain under seal for at least 60 days, and shall not be served on the defendant until the court so

orders." 31 U.S.C. §3730(b)(2).

For the foregoing reasons, Relator requests that the Court grant this Motion and issue an

Order requiring that the Complaint be filed under seal.  A Proposed Order is attached.

Respectfully submitted,
Luis Munoz, Plaintiff-Relator

Dated: September 11, 2023

By:    /s/lance liu
Lance Liu, Esq.
Attorney for Plaintiff-Relator
Dragon Sun Law Firm, P.C.
148 East Avenue, Unit 1F
Norwalk, CT 06851
NY Attorney Reg. No.: 3002946
Tel: (203)706-9536
Fax: (203)916-7016
lanceliu@dragonsunlaw.com

Attorney for Plaintiff-Relator, Lui Munoz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>Luis Munoz,<br><br>        Plaintiff,<br><br>vs.<br><br>Raymond Lesko a/k/a Raymond J. Lesko<br>a/k/a Raymond J. Lesko Jr.<br><br>        Defendant | Case No.<br><br>ORDER<br><br>(Filed In Camera and Under Seal)<br><br>FILED IN CAMERA AND UNDER SEAL<br>PURSUANT TO 31 U.S.C. §3730(b)(2) |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff-Relator Luis Munoz's *Ex-Parte* Motion To File Complaint Under Seal, and for good cause shown, it is hereby

ORDERED, that the Motion is Granted, and it is further

ORDERED, that the Complaint in this action shall be filed under seal pursuant to 31 U.S.C. §3730 and remain under seal until further order of the Court.

DATED this _____day of _____, 2023.      BY THE COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| [UNDER SEAL], | ) | Case No. |
| | ) | |
| Plaintiff | ) | EXPARTE MOTION TO FILE |
| | ) | COMPLAINT UNDER SEAL |
| vs. | ) | |
| | ) | |
| | ) | FILED IN CAMERA AND UNDER SEAL |
| [UNDER SEAL], | ) | PURSUANT TO 31 U.S.C. §3730(b)(2) |
| | ) | |
| Defendant | ) | |
| | ) | |

**DOCUMENT TO BE KEPT UNDER SEAL**
**(DO NOT PLACE ON PACER)**

Lance Liu, Esq.
Attorney for Plaintiff-Relator
Dragon Sun Law Firm, P.C.
148 East Avenue, Unit 1F
Norwalk, CT 06851
NY Attorney Reg. No.: 3002946
Tel: (203)706-9536
Fax: (203)916-7016
lanceliu@dragonsunlaw.com

Attorney for Plaintiff-Relator [Under Seal]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| [UNDER SEAL], | ) | Case No. |
| | ) | |
| Plaintiff | ) | EXPARTE MOTION TO FILE |
| | ) | COMPLAINT UNDER SEAL |
| vs. | ) | |
| | ) | |
| | ) | FILED IN CAMERA AND UNDER SEAL |
| [UNDER SEAL], | ) | PURSUANT TO 31 U.S.C. §3730(b)(2) |
| | ) | |
| Defendant | ) | |
| | ) | |

**DOCUMENT TO BE KEPT UNDER SEAL
(DO NOT PLACE ON PACER)**

Lance Liu, Esq.
Attorney for Plaintiff-Relator
Dragon Sun Law Firm, P.C.
148 East Avenue, Unit 1F
Norwalk, CT 06851
NY Attorney Reg. No.: 3002946
Tel: (203)706-9536
Fax: (203)916-7016
lanceliu@dragonsunlaw.com

Attorney for Plaintiff-Relator [Under Seal]

COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | ) | |
| Luis Munoz, | ) | Case No. |
| | ) | |
| Plaintiff | ) | COMPLAINT FOR VIOLATION OF |
| | ) | FEDERAL FALSE CLAIMS ACT |
| vs. | ) | |
| | ) | |
| | ) | FILED IN CAMERA AND UNDER SEAL |
| Raymond Lesko a/k/a Raymond J. Lesko | ) | PURSUANT TO 31 U.S.C. §3730(b)(2) |
| a/k/a Raymond J. Lesko Jr. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant | ) | |
| | ) | |

## PLAINTIFF-RELATOR'S COMPLAINT

Plaintiff-Relator Luis Munoz ("Relator"), through his attorney, Lance Liu, Esq., on

behalf of the United States of America ("Government" or "Federal Government") for his

Complaint against Defendant Raymond Lesko a/k/a Raymond J. Lesko a/k/a Raymond J. Lesko

Jr. ("Lesko" or "Defendant") alleges based upon relevant documents, personal knowledge,

information and belief, as follows:

## I.     INTRODUCTION

1.      This is an action to recover damages and civil penalties on behalf of the

Government from Defendant arising from his false and/or fraudulent records, statements and

claims made and caused to be made to the Government for payments in violation of the federal

False Claims Act 31 U.S.C. §3729 et seq. (the "FCA").

2.      The action seeks to recover hundreds of thousands of federal dollars spent to

purchase defective mail delivery services from Defendant, who knowingly made false claims for

payments to the Atlantic Region of the United States Postal Service ("USPS") from as early as

July 1, 1996 to the present by falsely presenting his defective/illegal mail delivery services to the Atlantic Region of the USPS as good/legitimate mail delivery services from various locations, including 2842 38th Street, Astoria, NY 11103, and 195 Meadow Street, Apt. 1, Naugatuck, CT 06770.

3.      Defendant knew he was prohibited from providing mail delivery services to the Atlantic Region of the USPS for any payments as of July 1, 1996 under the USPS zero tolerance drug/alcohol policy (*see Exhibit A*) for mail delivery carriers because Defendant was convicted of Driving Under the Influence of Drug/Alcohol ("DUI"), first in CT Case No. U04W-MV95-0271324-T on July 1, 1996, then his second DUI conviction in CT Case No. U04W-MV96-0338615-S also on July 1, 1996 with his third DUI conviction in CT Case No. A05D-MV11-0319777-S on May 22, 2012. (*see Exhibit B*).

4.      In order to receive payments from the USPS for his defective/illegal mail delivery services, Defendant falsely claimed his compliance with USPS zero tolerance policy on drugs/alcohol.

5.      The Court in *United States ex rel. Landis v. Tailwind Sports Corporation, et al., No. 10-cv-976 (CRC) (D.D.C.)* specifically recognized violation of the USPS's zero tolerance drug/alcohol policy as actionable offenses under the FCA, resulting in defendants paying $5,000,000 damages to the Government for such violations.

6.      Defendant's acts in this case also constitutes actionable offenses under FCA and subject him to both the treble damages and the statutory damages of $27,018 per violation.

## II.   JURISDICTION AND VENUE

7.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and 31 U.S.C. §3732, the latter of which specifically confers jurisdiction to this Court for actions brought pursuant to 31 U.S.C. §3729 and 3730.

8.      This Court has personal jurisdiction over the Defendant pursuant to 31 U.S.C. § 3732(a) because that section authorizes nationwide service of process and because the Defendant has minimum contact with the United States.  Moreover, Defendant provided his defective mail delivery services to the Atlantic Region of the USPS, including the State of New York and received payments from it. (*see Exhibit C, USPS Regional Map*).

9.      Venue is proper in the Southern District of New York pursuant to 28 U.S.C. §§ 1391(b)-(c) and 31 U.S.C. § 3732(a) because Defendant provided his defective mail delivery services to the Atlantic Region of the USPS, including the State of New York, and received payments from it.  Moreover, one of the Defendant's addresses during its fraudulent acts was in the State of New York, i.e., at 2842 38th Street, Astoria, NY 11103.

### FALSE CLAIMS ACT
### 31 U.S.C. §§ 3719(a)(1)(A)-(B)

10.     Relator realleges and incorporates by reference the allegations contained in paragraphs 1 through 9 above as though fully set forth herein.

11.     This is a claim for treble damages and penalties under the FCA. 31 U.S.C. § 3729, et seq., as amended.

12.     By virtue of the acts described above, Defendant knowingly presented or caused to be presented, false or fraudulent claims to the Government for payment or approval.

13.     By virtue of the acts described above, Defendant knowingly made or used, or caused to be made or used, false or fraudulent records or statements material to false or fraudulent claims for payment by the Government.

14.     Relator cannot at this time identify all of the false claims for payment that were caused by Defendant's conduct. Relator does not have access to all the records of such false or fraudulent statements, records or claims.

15.     The Government, unaware of the falsity of the records, statements and claims made or caused to be made by Defendant, paid and continues to pay the claims that would not be paid but for Defendant's illegal conduct.

16.     By reason of Defendant's acts, the Government has been damaged, and continues to be damaged, in an amount of $350,000 in the last six years.

17.     Additionally, the Government is entitled to the maximum penalty of up to $27,018 for each of the seventy violations arising from Defendant's unlawful conduct alleged herein, totaling $1,891,260.

## PRAYER

WHEREFORE, *qui tam* Plaintiff-Relator Luis Munoz prays for judgment against the Defendant as follows:

(1). That Defendant cease and desist from violating 31 U.S.C. § 3729, *et seq*.

(2). That this Court enter judgment against Defendant in an amount of $1,050,000 which equals to three times of the $350,000 in damages the United States has sustained because of Defendant's actions, plus a civil penalty of not less than $13,508 and not more than $27,018 for each of the seventy violations in the last six years.

(3). That Relator be awarded the maximum amount allowed pursuant to § 3730(d) of the False Claims Act, totaling $2,941,260.

(4). Relator be awarded all costs of this action, including attorneys' fees and expenses ; and

(5). That Relator recovers such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator hereby demands a trial by jury.

Dated: September 11, 2023

BY:      /s/lance liu
       Lance Liu, Esq.
       Attorney for Plaintiff-Relator
       Dragon Sun Law Firm, P.C.
       148 East Avenue, Unit 1F
       Norwalk, CT 06851
       NY Attorney Reg. No.: 3002946
       Tel: (203)706-9536
       Fax: (203)916-7016
       lanceliu@dragonsunlaw.com

# EXHIBIT A



# UNITED STATES POSTAL SERVICE® | About

## 75 Eligibility to Drive

Applicants whose driving records reflect offenses or patterns noted in Exhibit 75 will not be allowed to drive under a Postal Service contract. A driver must be at least 18 years old and have 2 years driving experience.

**Exhibit 75**
**Driver Disqualifications**

**General Disqualifying Factors**

1. Applicant lacks adequate driving experience over the type of terrain and weather to be experienced on the route.
2. Applicant is not 18 years old and does not have 2 years driving experience.
3. Applicant has a pending proceeding for suspension of driver's license or has had his or her license suspended for any moving violation within the last 3 years.
4. Applicant has had his or her driver's license revoked for other than administrative reasons, within the last 5 years.
5. Applicant has pending driving under the influence (DUI).

| Specific Disqualifying Factors | More than the indicated number of convictions within the last: | |
| --- | --- | --- |
| **Type of Violation** | 3 years | 5 years |
| Reckless or careless driving. | 1 | 2 |
| Any driving conviction involving date of drugs, alcohol or other controlled substances. | 0 (none permitted) | 0 (none permitted) |
| Any driving conviction involving drugs, alcohol, or other controlled substances while operating a vehicle under Postal Service contract. | 0 (none permitted) | 0 (none permitted) |
| At-fault accidents (i.e. accidents for which the driver was convicted of a moving violation). | 2 or any at-fault accident resulting in a fatality. | 2 or any at-fault accident resulting in a fatality. |
| Leaving the scene of an accident. | 0 (none permitted) | 0 (none permitted) |
| All other moving traffic offenses (includes speeding violations). | 3 (or more than 1 in the last year) | 5 (or 3 or more for same offense) |

**Notes:**
For purposes of determining disqualifying violations, the Postal Inspection Service considers only offenses for which there was a conviction, except for pending DUIs.
Timeframes for disqualification are measured from the date of the offense, not the date of the conviction.
The "3 years" column applies only if the 5-year driving record is unavailable.

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON ABOUT.USPS.COM**
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›
Site Index ›

**ON USPS.COM**
USPS.com Home ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2022 USPS. All Rights Reserved.

# EXHIBIT B

```
12/03/2021 14:19        * CRMVS CASE/DEFENDANT LOOK-UP *      IBLACLUYZE    CR39
                           * CASE INFORMATION *              FTA9547;
    Dkt No: U04W-MV95-0271324-T Defendant: LESKO RAYMOND                    YO:
```

This case was sentenced and disposed of on 07/01/1996
Probation with Special Conditions

Disposition Message:  CONCW/338615              Amount Owed:      $350

| PF1-M | PF1-R | PF1-N | PF1-1 | PF1-3 | PF1-4 | PF1-5 | PF1-6 |
| PF1-7 | PF1-9 |       |       |       |       |       |       |

```
12/03/2021 14:19        * CRMVS CASE/DEFENDANT LOOK-UP *      IBLACLUYZE      CR39
                        * CONVICTED INFORMATION *            FTA9547:
     Dkt No: U04W-MV95-0271324-T Defendant: LESKO RAYMOND                     YO:

Disclosable Charges                                                     $15 Costs
   Chg    Statute Number / Name / Type/Class         Oc  PL VF  Date     SOR DV
    1    14-227a     ILL OPN MV UNDER INFL ALC/DRUG M/U  1    GY 07/01/96
             $500 Fine          $0 Remit      $63 Fee    $0 Surch       $0 STF
  C/C 5   6 Mos Jail Execution Suspend       18 Mos Probation
```

```
   PF1-M      PF1-R      PF1-N      PF1-1      PF1-2      PF1-3      PF1-4      PF1-5
   PF1-6      PF1-7      PF1-9
```

```
12/03/2021 14:12        * CRMVS CASE/DEFENDANT LOOK-UP *        IBLACLUYZE    CR39
                              * CASE INFORMATION *             FTA9547:
    Dkt No: U04W-MV96-0338615-S Defendant: LESKO RAYMOND J JR               YO:
```

This case was sentenced and disposed of on 07/01/1996
Probation with Special Conditions

Disposition Message:   CONCW/271324ALEVTRTMTNODRUNSUS Amount Owed:        $0

```
PF1-M      PF1-R      PF1-3      PF1-4      PF1-5      PF1-6      PF1-7      PF1-9
```

```
12/03/2021 14:12        * CRMVS CASE/DEFENDANT LOOK-UP *        IBLACLUYZE    CR39
                        * CONVICTED INFORMATION *              FTA9547:
    Dkt No: U04W-MV96-0338615-S Defendant: LESKO RAYMOND J JR              YO:

Disclosable Charges                                                     $15 Costs
    Chg   Statute Number / Name / Type/Class           Oc  PL VF  Date    SOR DV
     1   14-227a      ILL OPN MV UNDER INFL ALC/DRUG M/U  1 NG GY 07/01/96
            $500 Fine        $0 Remit      $63 Fee     $0 Surch      $0 STF
C/C 5   6 Mos Jail Execution Suspend      18 Mos Probation  200 Hrs Comm Srv
```

```
    PF1-M     PF1-R      PF1-2      PF1-3      PF1-4      PF1-5      PF1-6      PF1-7
    PF1-9
```

Firefox                                    https://www.jud2.ct.gov/crdockets/CaseDetailDisp.aspx?source=Pendi...



**State of Connecticut**
# Judicial Branch

<table>
<tr><td>

Friday,
December 3, 2021
Docket Search
by Court Location

Friday,
December 3, 2021
Docket Search
by Defendant

Pending Cases
Search by Defendant

Pending Cases
Search by Docket Number

Convictions Search
by Defendant

Convictions Search
by Docket Number

Attorney/Firm Case List

Attorney/Firm Look-up
Numbers

GA Court Phone
Numbers

JD Court Phone
Numbers

Home

</td><td>

## Criminal/Motor Vehicle Conviction Case Detail

### *Information is accurate as of December 02, 2021 05:08 AM*

┌─ Defendant Information ──────────────────────────────

Last, First: LESKO RAYMOND J        Represented By: 430245 RUANE ATTORNEYS

Birth Year: 1968

┌─ Docket Information ─────────────────────────────────

| | | | |
|---|---|---|---|
| Docket No: | A05D-MV11-0319777-S | Original Arresting Agency: | LOCAL POLICE DERBY |
| Court: | Derby GA 5 | | |
| Costs: | $15.00 Paid | Original Arrest Date: | 11/20/2011 |
| | | Sentenced Date: | 5/22/2012 |

Overall Sentence Information
Probation with Special Conditions

| Statute | Description | Class | Type | Occ | Offense Date | Plea | Verdict Finding | Verdict Date | Fine | Fee(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-227a | ILL Opn Mv Under Infl Alc/Drug | | | 1 | 11/20/2011 | Guilty | Guilty | 5/22/2012 | $500.00 | $83.00 |

Sentenced: 6 Months Jail, Execution Suspended, Probation 18 Months



</td></tr>
</table>

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | Media |
Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2021, State of Connecticut Judicial Branch

# EXHIBIT C

# District & Division Structure (March 2021)

## Retail & Delivery Operations (4 Areas, 50 Districts)

New district territories will closely align to state boundaries. Districts will align with the communities we serve and provide familiar boundaries for employees, customers and stakeholders.

## Logistics (4 Regions, 13 Divisions) & Processing Operations (2 Regions, 13 Divisions)

To ensure alignment, Logistics and Processing Operations has 13 divisions. Each area is supported by three or four processing and logistics divisions. No divisions will span across more than one area. Logistics is aligned to 4 regions.



UNITED STATES
POSTAL SERVICE®

Retail & Delivery

WestPac

Central

Southern

Atlantic

UNITED STATES
POSTAL SERVICE®